# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Ahmad Kareem Carr<br><br>Date of Original Judgment: 07/05/2007<br>Date of Previous Amended Judgment: 10/17/2008<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)　Case No: 7:07-CR-28-1F<br>)<br>)　USM No: 70235-056<br>)<br>)　Thomas P. McNamara<br>　*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
　　☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 72　　　　months **is reduced to** 60 months　　　　

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" served sentence, subject to an additional period of up to ten (10) days for administrative purpose of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated July 5, 2007　　　　
shall remain in effect. **IT IS SO ORDERED** .

Order Date:　11/7/11　　　　　　　　　　　　James C. Fox
　　　　　　　　　　　　　　　　　　　　　　　*Judge's signature*

Effective Date: _____　　　Senior U.S. District Judge James C. Fox
　*(if different from order date)*　　　　　　　*Printed name and title*